IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
DISTRICT OF NEBRASKA
AT _____ .M
FEB 14 1975
_____ Clerk
By _____ Deputy

CHARLES A CANNON, III, )
et al, )
 )
           Plaintiffs, )          ORDER
 )
   vs. )
 )
 )
 )
FIRST MID AMERICA INC., )
et al, )          Northern District of Iowa,
 )                Western Division
           Defendants. )          C 74-4043

IT HEREBY IS ORDERED:

1. That the motion of February 10, 1975, for enlargement of time in which to file brief in opposition is granted and the deponents shall have until February 24, 1975, to file such brief; and

2. That hearing on the motion of plaintiffs to compel compliance with subpoenas is set for February 28, 1975, at 12:30 p.m.

Dated February 14, 1975.

                              BY THE COURT

                              _____
                              Chief Judge

7