FILED
DISTRICT OF NEBRASKA
AT_____M
APR 10 1975
By_____ Clerk
_____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

CHARLES A. CANNON, III, et al., )
                                 )   No. C 74-4043
            Plaintiffs,          )
                                 )
     v.                          )
                                 )
FIRST MID AMERICA INC., et al.,  )   ORDER
                                 )
            Defendants.          )

This matter is before the Court upon the stipulation of the parties for additional time in which to file and serve a brief in opposition to Plaintiffs' Motion for Reconsideration of February 28, 1975 Order, For Ruling on Attorney-Client Privilege Issue. Upon consideration thereof the Court finds that said stipulation should be allowed.

IT IS THEREFORE ORDERED BY THE COURT that deponents be granted until April 17, 1975 in which to file a brief in opposition to Plaintiffs' Motion for Reconsideration of February 28, 1975 Order, For Ruling on Attorney-Client Privilege Issue.

DATED this 9th day of April, 1975.

_____
District Judge