IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHARLES A. CANNON, III, et al, ) | |
| ) | |
| Plaintiffs, ) | Northern District |
| ) | of Iowa |
| vs. ) | Western Division |
| ) | No. C 74-4043 |
| FIRST MID AMERICA, INC., et al, ) | |
| ) | |
| Defendants. ) | |

FILED
DISTRICT OF NEBRASKA
AT
JUL 14 1975
_____ Clerk
By _____ Deputy

## ORDER

This matter comes before the court on the motion of First Mid America, Inc. and stipulation of the plaintiffs and defendant, First Mid America, Inc. that an order be entered vacating this court's order dated May 7, 1975, and so much of this court's order dated February 28, 1975, which relates to documents subject to the attorney-client privilege, and for an order dismissing this proceeding.

IT HEREBY IS ORDERED THAT:

1. The order entered May 7, 1975, by this court is vacated.

2. That so much of the order dated February 28, 1975, which relates to documents subject to the attorney-client privilege is vacated.

3. This proceeding is dismissed.

DATED this 14th day of July, 1975.

BY THE COURT:

_____
Chief Judge